UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MID-AMERICAN CARPENTERS REGIONAL COUNCIL, *et al.*, | ) ) ) |
| Plaintiffs, | ) ) ) |
| v. | ) ) Case No. 4:23-CV-1617 JAR |
| JC'S DRYWALL, LLC, | ) ) ) |
| Defendant. | ) |

**MEMORANDUM & ORDER**

This matter is before the Court on Plaintiffs' Motion to Compel Defendant JC's Drywall to appear for a post-judgment deposition. ECF No. 25. They explain that they served Defendant with a post-judgment deposition notice, along with a request for the production of certain documents (ECF No. 26-2), but Defendant failed to appear or produce the requested documents. Plaintiffs accordingly request an order compelling Defendant to appear for a post-judgment deposition and to produce the requested documents. Defendant did not respond to Plaintiffs' motion, and Defendant has not otherwise appeared in this matter.

Because the requested discovery will aid in the execution of the Court's March 20, 2024, Judgment (ECF No. 14),

**IT IS HEREBY ORDERED** that Plaintiffs' Motion to Compel [ECF No. 25] is **GRANTED**. Plaintiffs shall provide Defendant notice for a post-judgment deposition and request for production of documents to occur on **July 26, 2024**, at **11:00 A.M.**, as well as a copy of this order.

**IT IS FURTHER ORDERED** that Plaintiffs shall file proof of the notice provided to Defendant no later than **July 12, 2024**.

**IT IS FURTHER ORDERED** that Defendant shall appear for the July 26 deposition and produce the requested documents.

Dated this 26th day of June 2024.

/s/ John A. Ross
JOHN A. ROSS
UNITED STATES DISTRICT JUDGE